UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE:

BEVERLY ANN JOHNSON

CASE NO.: 19-10530-SDB
CHAPTER: 13

Debtor.

### ORDER GRANTING MOTION TO ALLOW LATE-FILED CLAIM NO. 15

CAME ON FOR CONSIDERATION, the Motion to Allow Late-File Claim No. 15 filed by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant"). Having found that the Motion was properly served and no response was filed by any party in interest, the Court finds that the Motion should be granted. Accordingly, it is hereby

**ORDERED** that Movant's Motion to Allow Late-File Claim No. 15 is granted, and Claim No. 15 shall be allowed as secured in the amount of $56,243.81.

### ### END OF ORDER ###

19-012648

Submitted by:

*/s/ Cory P. Sims*
Cory P. Sims, Esquire
Georgia Bar No. 701802
JAMES E. ALBERTELLI, P.A.
D/B/A ALBERTELLI & WHITWORTH, P.A.
2201 W. Royal Ln., Ste. 155
100 Galleria Parkway, Suite 960
Atlanta, Georgia  30339
Telephone:  (770) 373-4242
Facsimile:  (770) 373-4260
Email:  csims@alaw.net
Attorney for Creditor

19-012648

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Allow Late-Filed Claim has been served upon the following by first class United States mail, properly addressed with postage prepaid, on this date, October 29, 2019:

**SERVICE LIST**

**Beverly Ann Johnson**
2225 Killebrew Avenue
Augusta, GA 30906

**Matthew James Duncan**
Duncan & Brow, Attorneys at Law, LLLP
2608 Commons Boulevard
Suite A
Augusta, GA 30909

*Trustee*
**Huon Le**
P.O. Box 2127
Augusta, GA 30903

*U. S. Trustee*
**Office of the U. S. Trustee**
Johnson Square Business Center
2 East Bryan Street, Ste 725
Savannah, GA 31401

/s/ Cory P. Sims
Cory P. Sims, Esquire
Georgia Bar No. 701802
JAMES E. ALBERTELLI, P.A.
D/B/A ALBERTELLI & WHITWORTH, P.A.
2201 W. Royal Ln., Ste. 155
100 Galleria Parkway, Suite 960
Atlanta, Georgia  30339
Telephone:  (770) 373-4242
Facsimile:  (770) 373-4260
Email:  csims@alaw.net
Attorney for Creditor

19-012648